UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARIUSH ZANDI,

Plaintiff(s),

v.

NICHOLAS TYLER JACKSC,

Defendant(s).

Case No. 3:25-CV-02737-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael V. Cristalli, an active member in good standing of the bar of Nevada, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Elite Customs and EAC Collision in the above-entitled action. My local co-counsel in this case is Tiffany B. Hunter, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 306382.

| | |
|---|---|
| 1700 S Pavilion Center Dr, Ste 500, LV, NV | 555 S. Flower St., Ste. 2400, LA, CA 90071 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 702-862-8300 | 213-417-5313 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mcristalli@clarkhill.com | thunter@clarkhill.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6266.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/02/25                                                             Michael V. Cristalli
                                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael V. Cristalli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 8, 2025

_____
UNITED STATES MAGISTRATE JUDGE

# STATE BAR OF NEVADA

### CERTIFICATE OF STANDING



| | |
|---|---|
| **Issue Date:** | 4/17/2025 |
| **Attorney Name:** | Michael V. Cristalli |
| **Neveda Bar Number:** | 6266 |
| **License Type:** | ATTORNEY |
| **License Status:** | Active |
| **Admit/Certification Date:** | 10/13/1997 |

**3100 W. Charleston Blvd. Suite 100**
**Las Vegas, NV 89102**
**phone 702.382.2200**
**toll free 800.254.2797**
**fax 702.382.2075**

**9456 Double R Blvd., Ste. B**
**Reno, NV 89521-5977**
**phone 775.329.4100**
**fax 775.329.0522**

**www.nvbar.org**

To Whom It May Concern:

 The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

 If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to   memberservices@nvbar.org.

_Mary Jorgensen_
Mary Jorgensen
Member Services Director

No.2025 -10618408

verify by email at  memberservices@nvbar.org