UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUSH ZANDI,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS TYLER JACKSON, et al.,<br><br>    Defendants. | Case No. 25-cv-02737-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Joint case management statement: | March 12, 2026 |
| Further case management conference: | March 19, 2026 |
| Fact discovery cut-off: | March 31, 2026 |
| Opening expert reports and disclosures: | April 21, 2026 |
| Rebuttal expert reports and disclosures: | May 5, 2026 |
| Expert discovery cut-off: | May 9, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | June 9, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | July 14, 2026 |
| Pretrial conference:[1] | October 2, 2026 1:30 PM |

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

Trial: October 13, 2026

**IT IS SO ORDERED.**

Dated: August 25, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

2