| | |
|---|---|
| 1 | KASRA SADR. (CA SBN 183765) |
|   | k.sadr@carlawfirm.com |
| 2 | **SADR LAW FIRM, a PLC** |
|   | 1455 FRAZEE ROAD, SUITE 500 |
| 3 | SAN DIEGO, CA 92108 |
|   | TEL: (877)577-7237 |
| 4 | ATTORNEY FOR PLAINTIFF, DARIUSH ZANDI |
| 5 | MICHAEL V. CRISTALLI, ESQ. |
|   | Nevada Bar No. 6266 (*Pro Hac Vice*) |
| 6 | WILLIAM D. SCHULLER, ESQ. |
|   | Nevada Bar No. 11271 (*Pro Hac Vice*) |
| 7 | TIFFANY B. HUNTER, ESQ. (CA SBN 306382) |
|   | **CLARK HILL LLP** |
| 8 | 555 S. Flower St., Ste. 2400 |
|   | Los Angeles, CA 90071-2305 |
| 9 | Telephone:  (213) 417-5313 |
|   | Email :     thunter@clarkhill.com |
| 10 | |
| 11 | Attorneys for Defendant, |
|    | ELITE CUSTOMS & COLLISION LLC and |
|    | EAC COLLISION CENTER INC |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

\* \* \*

| | |
|---|---|
| DARIUSH ZANDI, an individual, | CASE NO. 3:25-cv-02737-LJC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NICHOLAS TYLER JACKSON, an individual; POINT 39, a Nevada Corporation; JAMES MURRAY, an individual; ELITE CUSTOMS & COLLISIONS, LLC, a Nevada Limited Liability Company; EAC COLLISION CENTER, INC., a Nevada Corporation; and DOES 1-50, inclusive, | **Complaint Filed:** March 21, 2025<br>**Trial Date:** October 13, 2026 |
| Defendants. | |

Plaintiff DARIUSH ZANDI ("Zandi") and Defendants ELITE CUSTOMS & COLLISION LLC (incorrectly named as ELITE CUSTOMS & COLLISIONS, LLC) and EAC COLLISION

1 | CENTER INC (incorrectly named as EAC COLLISION CENTER, INC.) (collectively, "Bodyshop Defendants" and with Zandi, "Parties"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to FRCP 41(a):

   1. That on August 25, 2025, the Court issued a Case Management Schedule [ECF No. 37], with a trial date of October 13, 2026;

   2. That Zandi's claims against Bodyshop Defendants are dismissed with prejudice; and,

   3. That the Parties are to bear their respective attorney's fees and costs.

   4. Plaintiff's Counsel hereby attests that pursuant to N.Dist. Local Rule 5-1(i)(3) that they retain evidence that each of the other signatories have concurred in the filing of this document.

Respectfully submitted this 11th day of September 2025.

**THE SADR LAW FIRM, APLC**

KASRA SADR, ESQ.
CA State Bar No. 183765
1455 Frazee Rd., Suite 500
San Diego, CA 92108

*Attorneys for Plaintiff Dariush Zandi*

DATED: September 12, 2025

**CLARK HILL LLP**

/S/MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6266 (*Pro Hac Vice*)
/S/WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271 (*Pro Hac Vice*)
/S/TIFFANY B. HUNTER, ESQ.
CA State Bar No. 306382
555 S. Flower St., Ste. 2400
Los Angeles, CA 90071-2305

*Attorneys for Defendants Elite Customs & Collision LLC and EAC Collision Center Inc*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Hon. Lisa J. Cisneros
United States Magistrate Judge